FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA 2015
JACKSONVILLE DIVISION         2015 MAR -6  1: 48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JAMES SARTORI,

        Plaintiff,

v.

SUNTRUST BANKS, INC. and
TRANS UNION LLC,

        Defendants.
_____/

CASE NO.: 3:15-cv-256-J-32JRK

### DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Trans Union LLC ('Trans Union"), and hereby discloses the following pursuant to this Court's interested persons order:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action —including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    A.    James Sartori, Plaintiff;

    B.    Wendell Finner, First Coast Consumer Law, Counsel for Plaintiff;

    C.    Ryan G. Moore, First Coast Consumer Law, Counsel for Plaintiff

    D.    SunTrust Bank, Inc., Defendant;

    E.    Trans Union LLC; Defendant

    F.    Franklin G. Cosmen, Jr. of Quintairos, Prieto, Wood & Boyer P.A.; Counsel for Defendant Trans Union LLC

    G.    Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc.,

1

a publicly traded entity. No public company owns 10 percent or more of the stock in Trans Union LLC.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: March 5, 2015

                             Respectfully submitted,

                             **FRANKLIN G. COSMEN, JR.**
                             Florida Bar No. 0089214
                             **QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
                             9300 S. Dadeland Blvd, 4th Floor
                             Miami, Florida 33156
                             Telephone: (305) 670-1101
                             Facsimile: (305) 670-1161
                             Email: fcosmen@qpwblaw.com
                             **COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2015, the foregoing was sent via U.S. Mail and/or email to the parties below and I conventionally filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Wendell Finner
Ryan G. Moore
ryan@beacheslaw.com
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, FL 32250
Telephone: (904) 242-7070
Facsimile: (904) 242-7054
*Counsel for Plaintiff*

Alexandra de Alejo
alexandra.dealejo@gray-robinson.com
Gray Robinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Counsel for Defendant SunTrust Bank, Inc.*

FRANKLIN G. COSMEN, JR.